Docket: 1:09 cv 2518

Marrakush Society    v   NEW JERSEY STATE POLICE
- TOWNSHIP OF MANSFIELD
- JOHN DOE

COMPLAINT NO: 1429-102808

ATTN: United States District Court For the District of New Jersey

## STATEMENT OF FACTS CAUSE FOR ACTION COMMENCEMENT AFFIDAVIT

**I AFFIRM** that, to the best of our knowledge, information, and reasonable recollection, the accused committed the offenses charged. This Complaint is based upon the following facts and circumstances:

Accused: JOHN DOE
Nationality: UNITED STATES OF AMERICA
Residential State: STATE OF NEW JERSEY
Employer: NEW JERSEY STATE POLICE

On the Twenty Seventh day of Shawwal, in the year One Thousand Four Hundred and Twenty Nine, Murakush calendar; or about the Twenty Eighth day of October, Two Thousand and Eight, Gregorian Calendar; between 2100 Hours and 0200 Hours, I was accosted while traveling North East in a Mobile Vessel, within the Marankokush Principality, in the Timbuctoo Territory, of the Samal Shariq Abeka Region; Samal Marika, at approximately between Earth Coordinates 40° 2'41.83"N, 74°50'3.44"W, and 40° 7'17.16"N, 74°43'8.09"W; at a Sea Level of approximately 15.24 Meters, to 21.336 Meters, by an unidentified STATE OF NEW JERSEY Driver, and Agent for the Defendant the NEW JERSEY STATE POLICE for the Defendant the STATE OF NEW JERSEY (Herein after referred to as JOHN DOE).

JOHN DOE engaged the Mobile Vessel I was commandeering, and demanded to see a "Drivers License, Registration, and Insurance Card". I presented JOHN DOE with a World Service Administration Passport, issued from World Service Authority; relative to my Identification.

1

and Insurance and Registration of the Mobile Vessel, I was traveling in. I asked JOHN DOE "what is the probable cause?" JOHN DOE stated that the probable cause for interrupting my travels was that he believed he saw me talking on a Cellular Telecommunication Device.

JOHN DOE maneuvered his way to the Vessel or conveyance he was driving, along with the Instruments that I presented to him. JOHN DOE returned to the Mobile Vessel or Conveyance that I was commandeering, and said "step out of the car." I replied "what for"? JOHN DOE replied "step out of the car sir." Under Threat, Duress, and Coercion I exited the Mobile Vessel for the reason and purpose of not being physically harmed, battered and abused.

Upon exiting the Mobile Vessel, JOHN DOE, and another unidentified agent for the Defendant the NEW JERSEY STATE POLICE, grabbed the arms of my Solar Vessel and chained the Carpomedicarpols of my Solar Vessel together. My Solar Vessel was trafficked to the right side of a Vessel or conveyance, bearing the Corporate Name "NEW JERSEY STATE POLICE".

While being harbored on the right side of the Vessel or conveyance bearing the Corporate Name "NEW JERSEY STATE POLICE" I asked JOHN DOE why he was arresting me? He stated that there was a warrant under the "Name" Shyaam, and began to use his hands to examine the pockets attached to the trousers and coat, covering my Solar Vessel. He also used his hands to examine the Indigenous genital areas of my Solar Vessel.

Upon completion of his examination, my Solar Vessel was then forced into the back of a Vessel or conveyance bearing the Corporate Name "NEW JERSEY STATE POLICE", and trafficked to a fixture being administered by the Defendant the NEW JERSEY STATE POLICE; domiciled within the Shecabee Principality, in the Zankikan Territory, of the Samal Shariq Abeka Region; Samal Marika, at approximately Earth Coordinates: 40° 8'59.78"N, 74°42'2.49"W at a Sea Level of approximately 18.8976 Meters.

2

My Solar Vessel was trafficked to a room within the fixture being administered by the Defendant the NEW JERSEY STATE POLICE. The Carpomedicarpols of my Solar Vessel were chained, and shackled to a small wooded rail within this room. Soon after, JOHN DOE used his hands to examine the clothing on my Solar Vessel, and the Indigenous genital areas of my Solar Vessel again without my consent. After a few minutes JOHN DOE, entered the small room, and gave me a small carded instrument to read. He demanded that I read it.

I declined, and then he exited the room. I sat on the wooded rail for more hours and then my Solar Vessel was trafficked to a fixture domiciled within the Marankokush Principality, in the Timbuctoo Territory, of the Samal Shariq Abeka Region, Samal Marika, at Earth Coordinates: 39°59'45.73"N, 74°47'27.25"W; at a Sea Level of precisely 10.0584 Meters, being administered by the BURLINGTON COUNTY JAIL or BURLINGTON COUNTY DETENTION CENTER.

Related Material: Complaint No: SP4229188

*I am aware of the facts because I am an Injured Party to this matter.*

*I, Declare (or Certify, Verify, or State) under penalty of perjury under the laws of the Murakush Empire and the United States of America that the foregoing is True and Correct.*

*Executed on the ____ Day of Jumada 1430 M.C. (May _____ 2009 A.D.).*

By: _____
Injured Party:

SWORN TO AND SUBSCRIBED before me
This ____ day of May, 2009

.D.#: 2372475
Y 2009-2013
DATE:_____