Docket No.: 1:09 cv 2518

File #: 1429-102808

ABORIGINAL LAW FIRM
MISCONDUCT AND COLOR OF LAW DIVISION
(Corresponding Through)
United States P.O. Box 2015, Salem Road
New Jersey Republic [46]
40° 1'51.99"N, 74°53'40.86"W
Marankokush Principality
PRIVATE GENERAL ATTORNEY'S IN FACT, SPECIAL
888.400.5997

MARRAKUSH SOCIETY

TO: UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
ATTN: U.S. ATTORNEY

BILL OF ALLEGATIONS
10-28-08-1429-NJSP-MN

Plaintiff

-V-

NEW JERSEY STATE POLICE, TOWNSHIP OF MANSFIELD, and JOHN DOE.

Defendant(s)

The General Jurors of the Misconduct and Color of Law Division of the Aboriginal Law Firm, for the Marrakush Estates upon Investigation Present under Penalty of Perjury:
A TRUE BILL

_____          _____
ALF Consular                   ALF Consular

_____          _____
WITNESS                        WITNESS

1

Count One
Pattern and Practice
U.S.C., Title 42, Section 14141

On Shawwal 27, 1429 M.C.       OR ABOUT   October 28, 2008 A.D.

Earth coordinates Approximation: 40° 2'41.83"N, 74°50'3.44"W, and 40° 7'17.16"N, 74°43'8.09"W; at a Sea Level of approximately 15.24 Meters, to 21.336 Meters.

IN THE Marankokush Principality, AND CONCURRENTLY WITHIN THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY PURSUANT TO Title 28 U.S.C. §1331, 1332, and 1441:

NEW JERSEY STATE POLICE and TOWNSHIP OF MANSFIELD

DID WILLINGLY, KNOWINGLY, AND PURPOSELY ALLOW THE USE OF EXCESSIVE FORCE UNDER COLOR OF LAW, TO UNLAWFULLY ASSAULT, BATTER, INTIMIDATE, THREATEN, ABDUCT, FALSELY ARREST AND IMPRISION, Aboriginal Indigenous Ambassador Minister Consular Noble: Æmer Shyaam M.K. EL A Sovereign of the Murakush Empire; IN THE FREE EXERCISE OR ENJOYMENT OF ANY RIGHT OR PRIVILEGE SECURED TO HIM BY THE CONSTITUTION OR LAWS OF THE UNITED STATES, BECAUSE OF HIS NATIONAL ORIGIN. THE ACTIONS OF DEFENDANTS TO WILLFULLY, AND KNOWINGLY DEPRIVE THE PLANTIFF OF RIGHTS, INJURED THE PLAINTIFF TO WIT:

- EXCESSIVE FORCE
- DISCRIMINATORY HARRASMENT
- FALSE ARREST
- COERCIVE SEXUAL CONDUCT
- UNLAWFUL STOPS, SEARCHES AND ARREST

CONTRARY TO THE PROVISIONS OF U.S.C. TITLE 42 §14141, AND IN VIOLATION OF THE UNITED STATES REPUBLIC CONSTITUTION, PURSUANT TO THE TREATY OF PEACE AND FRIENDSHIP VIA JUNE 23, 1786 (25 SHABAN, M.C. 1200).

## Count Two
## Conspiracy Against Rights
U.S.C., Title 18, Part 1 Chapter 13 Section 241

On Shawwal 27, 1429 M.C.         OR ABOUT   October 28, 2008 A.D.

Earth coordinates Approximation: 40° 2'41.83"N, 74°50'3.44"W, and 40° 7'17.16"N, 74°43'8.09"W; at a Sea Level of approximately 15.24 Meters, to 21.336 Meters,

IN THE Marankokush Principality, AND CONCURRENTLY WITHIN THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY PURSUANT TO Title 28 U.S.C. §1331, 1332, and 1441:

JOHN DOE

DID WILLINGLY AND KNOWINGLY, CONSPIRE TO, INJURE, OPRESS, THREATENED, OR INTIMIDATE, Aboriginal Indigenous Ambassador Minister Consular Noble: Æmer Shyaam M.K. El, Sovereigns of the Murakush Empire; IN THE FREE EXERCISE OR ENJOYMENT OF ANY RIGHT OR PRIVILEGE SECURED TO THEM BY THE CONSTITUTION OR LAWS OF THE UNITED STATES, BECAUSE OF THEIR NATIONAL ORIGIN. THE ACTIONS OF DEFENDANTS TO WILLFULLY, AND KNOWINGLY DEPRIVE THE PLANTIFF OF RIGHTS, INJURED THE PLAINTIFF TO WIT:

- ATTEMPT TO KIDNAP
- ATTEMPT TO COMMIT AGGRAVATED ABUSE
- ATTEMPT TO KILL
- ATTEMPTED AGGRAVATED SEXUAL ABUSE
- AGGRAVATED SEXUAL ABUSE

CONTRARY TO THE PROVISIONS OF U.S.C., TITLE 18 PART 1 CHAPTER 13 §241 AND IN VIOLATION OF THE UNITED STATES REPUBLIC CONSTITUTION. PURSUANT TO THE TREATY OF PEACE AND FRIENDSHIP VIA JUNE 23, 1786 (25 SHABAN, M.C. 1200).

<u>Count Three</u>
Deprivation of Rights
U.S.C., Title 18, Part 1 Chapter 13 Section 242

On Shawwal 27, 1429 M.C.        OR ABOUT   October 28, 2008 A.D.

Earth coordinates Approximation: 40° 2'41.83"N, 74°50'3.44"W, and 40° 7'17.16"N, 74°43'8.09"W; at a Sea Level of approximately 15.24 Meters, to 21.336 Meters,

IN THE Marankokush Principality, AND CONCURRENTLY WITHIN THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY PURSUANT TO Title 28 U.S.C. §1331, 1332, and 1441;

JOHN DOE

DID WILLINGLY AND KNOWINGLY, INJURE, OPRESS, THREATENED, OR INTIMIDATE, Aboriginal Indigenous Ambassador Minister Consular Noble: Æmer Shyaam M.K. El, Sovereigns of the Murakush Empire; IN THE FREE EXERCISE OR ENJOYMENT OF ANY RIGHT OR PRIVILEGE SECURED TO THEM BY THE CONSTITUTION OR LAWS OF THE UNITED STATES, BECAUSE OF THEIR NATIONAL ORIGIN. THE ACTIONS OF DEFENDANTS TO WILLFULLY, AND KNOWINGLY DEPRIVE THE PLANTIFF OF RIGHTS, INJURED THE PLAINTIFF TO WIT:

- ATTEMPT TO KIDNAP
- ATTEMPT TO COMMIT AGGRAVATED ABUSE
- ATTEMPT TO KILL
- ATTEMPTED AGGRAVATED SEXUAL ABUSE
- AGGRAVATED SEXUAL ABUSE

CONTRARY TO THE PROVISIONS OF U.S.C., TITLE 18 PART 1 CHAPTER 13 §242 AND IN VIOLATION OF THE UNITED STATES REPUBLIC CONSTITUTION, PURSUANT TO THE TREATY OF PEACE AND FRIENDSHIP JUNE 23, 1786 (25 SHABAN, M.C. 1200).

<u>Count Four</u>
Deprivation of Rights
U.S.C., Title 18, Part 1 Chapter 13 Section 245 2(e)

On Shawwal 27, 1429 M.C.        OR ABOUT   October 28, 2008 A.D.

Earth coordinates Approximation: 40° 2'41.83"N, 74°50'3.44"W, and 40° 7'17.16"N, 74°43'8.09"W; at a Sea Level of approximately 15.24 Meters, to 21.336 Meters,

IN THE Marankokush Principality, AND CONCURRENTLY WITHIN THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY PURSUANT TO Title 28 U.S.C. §1331, 1332, and 1441:

JOHN DOE

DID WILLINGLY AND KNOWINGLY, UNDER COLOR OF LAW, USED FORCE, OR THREAT OF FORCE TO INJURE, INTIMIDATE, INTERFERE, ATTEMPT TO INJURE, INITIMIDATE, OR INTERFERE WITH THE TRAVELING IN OR USING ANY FACILITY OF INTERESTATE COMMERCE, OR USING ANY VEHICLE, TERMINAL, OR FACILITY, OF ANY COMMON CARRIER BY MOTOR, RAIL, WATER, OR AIR, OF Aboriginal Indigenous Ambassador Minister Consular Noble: Æmer Shyaam M.K. El, Sovereigns of the Murakush Empire, BECAUSE OF THEIR NATIONAL ORIGIN OR NATIONALITY. THE ACTIONS OF DEFENDANTS TO WILLFULLY, AND KNOWINGLY DEPRIVETHE PLAINTIFF OF RIGHTS, INJURED THE PLAINTIFF TO WIT:

- ATTEMPT TO KIDNAP
- ATTEMPT TO COMMIT AGGRAVATED ABUSE
- ATTEMPT TO KILL
- ATTEMPTED AGGRAVATED SEXUAL ABUSE
- AGGRAVATED SEXUAL ABUSE

CONTRARY TO THE PROVISIONS OF U.S.C., TITLE 18 PART 1 CHAPTER 13 §245 2(e) AND IN VIOLATION OF THE UNITED STATES REPUBLIC CONSTITUTION.

6

PURSUANT TO THE TREATY OF PEACE AND FRIENDSHIP JUNE 23, 1786 (25 SHABAN, M.C. 1200).

*I am aware of the facts because I am an injured party to this matter. I declare (or certify, verify, or state) under penalty of perjury under the laws of the Murakush Empire and the United States of America that the foregoing is true and correct.*

*Executed on _____th Day of Jumada 1430 M.C. (May _____ th, 2009 A.D.).*

By:_____

**Jurat**

COUNTY OF MERCER            ]    SS.

STATE OF NEW JERSEY         ]

Subscribed and affirmed before me this _____ Day of May in the year of our Lord and Savior, Two Thousand and Nine, A.D.

_____

Notary
Seal

My Notary Expires _____



Aboriginal law Firm
Jurisprudence Office
**Marankokush Principality, Timbuctoo Territory**
C/o: United States Post Office Box 2015
New Jersey State Republic [46]
40° 1'52.10"N   74°53'40.75"W
Toll Free: 888.400.5997   Fax: (215) 220-3158

TO: UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608
Phone: 609-989-2065

ATTN: William T. Walsh, Clerk of Court

    The Marrakush Society is an Ecclesiastical Imperial Civil Jural Society, and Aboriginal Entity on file with the Gloucester County Clerk of New Jersey, Docket No: 50480, MS 14 230, and Cumberland County Clerk of New Jersey, Instrument No: 341828 Bk: 4057, Pg: 6579, Secretary of the District of Columbia Apostille No: 201512.

    Pursuant to the Barbary Treaties with the Murakush Empire, the United Nations Declaration on the Rights of Indigenous Peoples, IACHR Inter-American Draft on the Right of Indigenous Peoples, and Title 16 of the New Jersey Permanent Statues.

    *Crandall v. Nevada*, 73 U.S. 35 (1867) provides that all Sovereign and Private Civilians shall have free access to all judicial proceedings.

Always in Honor!

Cc: Honorable Garrett E. Brown Jr., Chief Judge

1