1:09 cv 2518

# COLOR OF LAW – MISCONDUCT COMPLAINT

WARRANT NO: 1429-10280S

Marrakush Society Ⓡ

Vs.

JOHN DOE

Address: Route 130
Bordentown, N.J. 08505

RECEIVED
MAY 2 2 2009
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Marrakush Science Temple
Jurisprudence Chamber
Office: 888-400-5997
**Timbuctoo Territory**
C/o P.O Box 2015
**NEW JERSEY REPUBLIC [46]**
40° 1'51.99"N, 74°53'10.86"W
Marrakokush Principality
Injured Party: Aboriginal Indigenous Ambassador Minister Consular Noble: Amer Shyaam M.K. El

| # of CHARGES | CO-DEFTS | INCIDENT # |
|---|---|---|
| 3 | 1+ | 1429-1028 |

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

DEFENDANT INFORMATION
NATIONALITY: UNITED STATES OF AMERICA
RESIDENCE: STATE OF NEW JERSEY DRIVER/RESIDENT
ROAD STATION: BORDENTOWN
EMPLOYER: STATE OF NEW JERSEY
DIVISION: NEW JERSEY STATE POLICE
TROOP: C
POSITION: PTLM
Phone: (609)298-1171
Fax : (609) 291-8551
Related Accounts: SP4229188

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about on or about October 28, 2008 around 2100 Hours.

1. Within The Concurrent Jurisdiction of The United States District Court for the District of New Jersey, the Accused did Knowingly and Purposely under Color of Law, Willfully Conspire To Injure, Oppress, Threaten, or Intimidate The Free Exercise or Enjoyment of Rights and liberties Secured By The Constitution of The United States. In Violation of U.S.C., TITLE 18 P1, Chapter 13, Section 241

2. Within The Concurrent Jurisdiction of The United States District Court for the District of New Jersey, the Accused did Knowingly and Purposely under Color of Law, Willfully Conspired Under Color of Law, Statute, Ordinance, Regulation, or Custom To Willfully Deprive or Cause To Deprive from the Complainant of Rights, Liberties, or Immunities Secured or Protected By The United States Republic Constitution. In Violation of U.S.C., TITLE 18 P1, Chapter 13, Section 242

3. Within The Concurrent Jurisdiction of The United States District Court for the District of New Jersey, the Accused did knowingly and Purposely under Color of Law; Willfully use force, or threat of force to injure, intimidate, interfere, and attempt to injure, intimidate, or interfere with the Traveling of the Complainant. In Violation of U.S.C., TITLE 18, P1, Chapter 13 Section 245  2(e)

SEE STATEMENT OF FACTS CAUSE FOR ACTION COMMENCEMENT AFFIDAVIT.
In violation of:-

| Original Charge | 1)) U.S.C., TITLE 18 P1, Chapter 13, Section 241 | 2) U.S.C., TITLE 18 P1, Chapter 13, Section 242 | 3) U.S.C., TITLE 18, P1, Chapter 13 Section 245  2(e) |
|---|---|---|---|

DATE OF INCIDENT: OCTOBER 28, 2008

Witness _____  Witness _____  Witness _____

Injured Party Allograph

OATH: Subscribed and sworn to me this ___ day of _____, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ___ day of May in the year 2009 A.D., at the County of Mercer.

NAME: _____

Public Notary/ State Officer

NOTARY SIGNATURE  I.D.#: 237 175
STATE OF NEW JERSEY 2008-2013
DATE: _____

PREPARED BY THE ABORIGINAL LAW FIRM 1430/2009Ⓡ

# CIVIL APPLICATION – MISCONDUCT COMPLAINT

*Marrakush Society*

**Marrakush Science Temple** ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015   NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

Vs.

NEW JERSEY STATE POLICE
P.O. Box 7068
West Trenton, NJ 08628

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-102808-EI |

**DEFENDANT INFORMATION**
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports: Complaint No: SP4229188

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/her knowledge and information on or about October 28, 2008

Within The Concurrent Jurisdiction of The District of New Jersey did willfully, knowingly and purposely allow state or local law enforcement agencies to allow officers to engage in a pattern or practice of conduct that deprives persons of rights protected by the Constitution or laws of the United States.

Within The Concurrent Jurisdiction of The District of New Jersey did willfully, knowingly and purposely allow state and local law enforcement agencies to engage in a pattern or practice of conduct using Excessive Force, Discriminatory Harassment, and Coercive Sexual Misconduct.

Within The Concurrent Jurisdiction of The District of New Jersey did willfully, knowingly and purposely allow state and local law enforcement agencies to engage in a pattern or practice of conduct using Unlawful Stops, Searches, and False Arrest.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C., Section 14141 | Title 42, U.S.C., Section 1997, |
|---|---|---|

DATE OF INCIDENT: October 28, 2008

Witness _____   Witness _____   Witness _____

**OATH:**
Subscribed and sworn to me this ___ day of _____, 2009.

_____
Allograph

Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ___ day of February in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/ State Officer

NAME: _____
I.D.: _____
NOTARY SIGNATURE   I.D.#: 2372475
STATE OF NEW JERSEY 2008-2013
DATE: _____

*PREPARED BY THE ABORIGINAL LAW FIRM*

**STATE OF NEW JERSEY,** } ss.
**County of Mercer**

I, PAULA SOLLAMI-COVELLO, Clerk of the County of Mercer,

**Do Hereby Certify** that Gail Boyle Esq., whose name is subscribed to the acknowledgment, proof or affidavit of the annexed instrument, and thereon written, is and was at the time of taking the same, a Notary Public _____ in and for said State, dwelling in said County, commissioned and sworn and duly authorized by the laws thereof to take the proofs and acknowledgments of deeds or other instruments of writing, and affidavits to be recorded in said State, and that I am well acquainted with the handwriting of said official, and verily believe that the signature is genuine.

Further Certify that impression of Seal of Notaries Public not required by law be filed in my office.

**In Testimony Whereof,** I have hereunto set my hand and affixed the seal of said County and Courts, at Trenton this 20/5 day of _____
A.D. two thousand and 09

Paula Sollami-Covello ..... Mercer County Clerk.



# CIVIL APPLICATION – MISCONDUCT COMPLAINT

*Marrakush Society*®

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
Timbuctoo Territory
C/o P.O. Box 2015    NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

Vs.

TOWNSHIP OF MANSFIELD
24548 E. MAIN ST.
P.O. BOX 249
COLUMBUS, N.J. 08022

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-102808-E1 |

DEFENDANT INFORMATION
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports: Complaint No: SP4229188

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about October 28, 2008

Within The Concurrent Jurisdiction of The District of New Jersey did willfully, knowingly and purposely allow state or local law enforcement agencies to allow officers to engage in a pattern or practice of conduct that deprives persons of rights protected by the Constitution or laws of the United States.

Within The Concurrent Jurisdiction of The District of New Jersey did willfully, knowingly and purposely allow state and local law enforcement agencies to engage in a pattern or practice of conduct using Excessive Force, Discriminatory Harassment, and Coercive Sexual Misconduct.

Within The Concurrent Jurisdiction of The District of New Jersey did willfully, knowingly and purposely allow state and local law enforcement agencies to engage in a pattern or practice of conduct using Unlawful Stops, Searches, and False Arrest.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C., Section 14141 | Title 42, U.S.C., Section 1997, |
|---|---|---|

DATE OF INCIDENT: October 28, 2008

Witness _____  Witness _____  Witness _____

**OATH:**
Subscribed and sworn to me this ___ day of _____ 2009.

Allograph

Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ___ day of February in the year 2009 A.D., at the County of Mercer.

Public Notary/ State Officer

NAME: _____
I.D.: _____

NOTARY SIGNATURE   I.D.#: _____

*PREPARED BY THE ABORIGINAL LAW FIRM*

STATE OF NEW JERSEY } ss.
County of Mercer



I, PAULA SOLLAMI-COVELLO, Clerk of the County of Mercer,

**Do Hereby Certify that** Carl Boyle Esq., whose name is subscribed to the acknowledgment, proof or affidavit of the annexed instrument, and thereon written, is and was at the time of taking the same, a Notary Public in and for said State, dwelling in said County, commissioned and sworn and duly authorized by the laws thereof to take the proofs and acknowledgments of deeds or other instruments of writing, and affidavits to be recorded in said State, and that I am well acquainted with the handwriting of said official, and verily believe that the signature is genuine.

**Further Certify** that impression of Seal of Notaries Public not required by law be filed in my office.

**In Testimony Whereof,** I have hereunto set my hand and affixed the seal of said County and Courts, at Trenton this _____ day of May A.D. two thousand and 2009

Paula Sollami-Covello, Mercer County Clerk