# *UNITED STATES DISTRICT COURT*

_____ **DISTRICT OF NEW JERSEY**_____

MARRAKUSH SOCIETY                                    **ORDER ON APPLICATION**
                        **Plaintiff,**                **TO PROCEED WITHOUT**
                                                      **PREPAYMENT OF FEES**

        **V.**

NEW JERSEY STATE POLICE, et al.,
                        **Defendant.**                **Case Number:**09-2518 (JBS)

        **Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;**

        **IT IS ORDERED that the application is:**

☐     **GRANTED,  and**

        ☐ **The clerk is directed to file the complaint `, and`**

        ☐ **IT IS FURTHER ORDERED that the clerk issue summons and the United States  marshal
           serve a copy of the complaint, summons and this order upon the  defendant(s) as directed by
           the plaintiff.  All costs of  service shall  be advanced by the United States.**

    ☐     **DENIED, for the following reasons:**

        _____

        _____

    ☐     **and the Clerk is directed to close the file.**

**Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.**

**ENTER this _____ day of _____, 20__**

                        _____
                        **Signature of Judicial Officer**

                        `Hon. Jerome B. Simandle`
                        **Name and Title of Judicial Officer**